

167 So.2d 672

**Guy F. HAYS**

v.

**LOUISIANA WILD LIFE AND FISHERIES COMMISSION.**

No. 47433.

Oct. 7, 1964.

In re: Wild Life and Fisheries Commission applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 165 So.2d 556.

Writ refused. We find no error of law in the judgment complained of.

SANDERS, J., is of the opinion that the writ should be granted.

167 So.2d 672

**Guy F. HAYS**

v.

**LOUISIANA WILD LIFE AND FISHERIES COMMISSION.**

No. 47434.

Oct. 7, 1964.

In re: Guy F. Hays applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 165 So.2d 556.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the matter complained of in this application.

167 So.2d 673

**Kenneth E. LEWIS**

v.

**Perry M. JOHNSON et al.**

No. 47437.

Oct. 7, 1964.

In re: Kenneth E. Lewis applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 165 So.2d 627.

The application is denied. According to the facts as found by the Court of Appeal there is no error in the judgment complained of.

167 So.2d 673

**Alphonsine BROUSSARD**

v.

**Russell DICKERSON.**

No. 47440.

Oct. 7, 1964.

In re: Alphonsine Broussard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 166 So.2d 92.